**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
AT CHICAGO**

| | | |
|---|---|---|
| ANDREAS SCHOU | : | CASE NO. 1:12-cv-02764 |
| | : | JUDGE JOAN B. GOTTSCHALL |
| v. | : | |
| COGNIZANT TECHNOLOGY SOLUTIONS LTD PLAN | : | |
| | : | |
| and | | |
| | : | **DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF DEFENDANT COGNIZANT TECHNOLOGY SOLUTIONS LTD PLAN** |
| METROPOLITAN LIFE INSURANCE COMPANY | : | |

    Now Comes Plaintiff, Andreas Schou, by and through counsel, and hereby notifies this Court of its intent to dismiss Defendant Cognizant Technology Solutions LTD Plan **only** pursuant to Rule 41(a)(1)(A)(i). The remaining claims against Metropolitan Life Insurance Company shall remain on this Court's docket for adjudication.

    Respectfully submitted,

***/s/ Joseph P. McDonald***

Joseph P. McDonald (0055230)
McDonald & McDonald Co., L.P.A.
200 E. Spring Valley Rd., Suite A
Dayton, OH 45458
Tel: (937)428-9800; Fax: (937)428-9811
joseph@mcdonaldandmcdonald.com
Attorney for Plaintiff, Andreas Schou

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2012, a copy of the foregoing Dismissal Pursuant to Rule 41(a)(1)(A)(i) of Defendant Cognizant Technology Solutions LTD Plan was filed electronically. Notice of this filing will be sent to the all parties by operation of the Court's CM/ECF system.