**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Andreas Schou

                      Plaintiff,

v.                                      Case No.: 1:12–cv–02764
                                                     Honorable Joan B. Gottschall

Metropolitan Life Insurance Company, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 18, 2012:

       MINUTE entry before Honorable Joan B. Gottschall: Pursuant to Stipulation of Dismissal [17], this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees. Status hearing set for 9/18/2012 is stricken. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.